**Craig A. JORDAN, Claimant–Appellant**

v.

**Robert A. MCDONALD, Secretary of Veterans Affairs, Respondent–Appellee**

2015–7067

United States Court of Appeals, Federal Circuit.

June 13, 2016

ALEX P. HONTOS, Dorsey & Whitney LLP, Minneapolis, MN, argued for claimant-appellant. Also represented by BEN DESMOND KAPPELMAN.

ALEXANDER ORLANDO CANIZARES, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for respondent-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., CLAUDIA BURKE; DAVID J. BARRANS, AMANDA BLACKMON, CHRISTOPHER O. ADELOYE, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

## JUDGMENT

Per Curiam (Prost, Chief Judge, O'Malley and Chen, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**